UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOHN WILLIAM WALLACE,<br><br>        Plaintiff,<br><br>  vs.<br><br>UNITED STATES GOVERNMENT,<br><br>        Defendant. | NO. CV-10-5113-EFS<br><br>**ORDER DISMISSING LAWSUIT DUE TO FAILURE TO PAY FILING FEE OR COMPLY WITH IN FORMA PAUPERIS REQUIREMENTS** |

On September 30, 2010, Plaintiff John William Wallace filed a Complaint but failed to pay a filing fee or apply to Proceed In Forma Pauperis. (ECF No. 1.) Because Mr. Wallace failed to do either during the past two-and-a-half months, the Court **HEREBY ORDERS**:

1.  This file shall be **CLOSED.**

2.  An appeal in this matter, which does not include a properly-filed complaint, will not be taken in good faith.

**IT IS SO ORDERED.** The District Court Executive shall forward copies of this Order to Mr. Wallace.

**DATED** this    10th    day of December 2010.

                                      S/ Edward F. Shea
                                      EDWARD F. SHEA
                           United States District Judge

Q:\Civil\2010\5113.dismiss.ifp.wpd

ORDER - 1